**Michael Grinblat** (4159752)
Law Offices of Michael Grinblat
817 Broadway, Fourth Floor
New York, NY 10003
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com
*Attorney for the Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SEMYON GRINBLAT**, individually and on behalf of all others similarly situated, | **AFFIDAVIT OF SERVICE** |
| Plaintiff, | |
| -against- | |
| **APNA FOOD & OIL CORP, I & J HOLDINGS, INC., JOHN DOE 1-X**, persons yet unknown, **Limited Liability Companies, Partnerships, Corporations 1-X**, entities yet unknown, | **CASE NO.: 19-cv-6746-EK-LB** |
| Defendants. | |

The Plaintiff, SEMYON GRINBLAT, by and through his undersigned counsel, informs the Court that, pursuant to Local Civil Rule 55.2(b), on March 2, 2020, the undersigned counsel mailed a copy of the Motion for Default Judgment [Doc. No. 9], with the exhibits, submitted to the Court, to APNA FOOD & OIL CORP ("Defendant"), against which a default judgment is sought, together with a letter [Exhibit 1], at its last known business address, Apna Food & Oil Corp, 6510 Queens Blvd., Woodside, NY 11377-5750, via U.S. Mail, by Priority Mail, Signature Requested, postage prepaid.

That correspondence was delivered to the Defendant on March 3, 2020, and the recipient signed for the correspondence [Exhibit 2].

March 21, 2020

Respectfully submitted,

*Michael Grinblat*
Michael Grinblat, Esq. (4159752)

Attorney for the Plaintiff
Law Offices of Michael Grinblat
817 Broadway, Fourth Floor
New York, NY 10003
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

## CERTIFICATE OF SERVICE

I certify that on March 21, 2020, I filed the foregoing Affidavit of Service with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record. On the same date I also served the following, via U.S. Mail, by First Class Mail, postage prepaid:

Apna Food & Oil Corp
6510 Queens Blvd.
Woodside, NY 11377-5750

(The above is the address to which the New York Department of State mails process, if accepted on behalf of the entity. No registered agent is listed on the New York Department of State's website. The above is also the entity's business address, at which it is presently conducting its business.)

Signed: March 21, 2020

*Michael Grinblat*
Michael Grinblat, Esq. (4159752)

Attorney for the Plaintiff
Law Offices of Michael Grinblat
817 Broadway, Fourth Floor
New York, NY 10003
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

# **EXHIBIT 1**

# Law Offices of
# Michael Grinblat
# 817 Broadway, Fourth Floor
# New York, NY 10003

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

March 2, 2020

Apna Food & Oil Corp
65-10 Queens Boulevard
Woodside, NY 11377

Re:     SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. APNA FOOD & OIL CORP, I & J HOLDINGS, INC., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown
        Case No.:     19-cv-6746-MKB-LB

By Priority Mail. USPS Tracking Number: 9410 8036 9930 0119 0339 60

Attention: Chief Executive Officer of APNA FOOD & OIL CORP

Dear Sir or Madam:

Please be advised that my law firm filed the above-entitled legal action on behalf of my client, Semyon Grinblat, in the federal court for the Eastern District of New York on December 1, 2019. The lawsuit stems from the discrimination of my client by the defendants on the basis of disability in violation of the Americans with Disabilities Act (the "ADA"), 42 U.S.C. §12182, §12183 and §12188(a), NYS Civil Rights Law §40-c and §40-d, NYS Human Rights Law §296 and New York City Human Rights Laws [Administrative Code] §8-107.

Under the Federal Rules of Civil Procedure, Rule 12(a), you were required to plead, or otherwise respond, to the complaint, by January 6, 2020. That date includes the five-day extension of time, to which you are entitled. You failed to plead, or otherwise respond, to the complaint. Consequently, on January 8, 2020, I filed an application for a certificate of default with the Clerk for the United States District Court for the Eastern District of New York. I also sent you a correspondence, in which I included a copy of that application. As a result of your failure to respond to that correspondence, today I filed motion for default judgment.

Enclosed please find a copy of the motion for default judgment with exhibits, as well as courtesy copies of the summons and complaint, which have been served on the New York Secretary of State, with notices of this litigation and copies of the aforementioned documents delivered to the New York City Commission on Human Rights and the New York State Civil

<u>SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. APNA FOOD & OIL CORP, I & J HOLDINGS, INC., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown</u>
Attn.:  Chief Executive Officer of APNA FOOD & OIL CORP
Case No.:       19-cv-6746-MKB-LB
March 2, 2020
Page 2

Rights Bureau. Enclosed are also copies of the affidavit of service, application to clerk for a certificate of default and certificate of default issued by the clerk of court.

  My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other aforementioned laws, and compensate my client for his attorneys' fees, expenses and costs. My client wants to avoid a prolonged costly litigation and jury trial, certifying this case as a class action, seeking punitive damages, in addition to actual, statutory and compensatory damages, obtaining injunctive and declaratory reliefs, and looks forward to reaching a quick and amicable resolution of this matter.

  Please contact me should you have any questions, concerns, or to discuss settlement of this matter.

              Very truly yours,

              *Michael Grinblat*

              Michael Grinblat, Esq.
Enclosures

# **EXHIBIT 2**



**Did you know you can request a refund online for unused Click-N-Ship® labels in your Shipping History? Click here to learn more.**

| Create Label | Preferences | Shipping History | Address Book |

Account #: ▮

## Label Details

**Label Number:**
9410803699300119033960

**Terms**
Acceptance Cutoff: 03/02/2020 5:00 PM
Acceptance Time: 03/02/2020 11:15 PM
Expected Date: 03/03/2020 11:59 PM
Delivery Status: Delivered 2020-03-03 13:46:00.0

**Label Actions**

USPS Tracking®
Ship Again

**Need help**

File an insurance claim
Request A Service Refund

**Return Address:**
MICHAEL GRINBLAT
LAW OFFICES OF MICHAEL GRINBLAT
817 BROADWAY
FL 4
NEW YORK, NY 10003-4709
michael.grinblatesq@gmail.com

**Delivery Address:**
APNA FOOD & OIL CORP
6510 QUEENS BLVD
WOODSIDE, NY 11377-5750

**Package:**
Ship Date: 03/02/20
Value: ▮
From: 11378

**Service:**
Priority Mail® 1-Day
Flat Rate Envelope
Signature Confirmation

| | | | |
|---|---|---|---|
| Transaction Number: | 485382984 | Postage Cost | $7.75 |
| Transaction Type: | Label | Signature Confirmation | $2.65 |
| Payment Method: | ▮ | Label Total: | $10.40 |
| Payment Status: | Account Charged | Order Total: | $10.40 |

| Timestamp | Message |
|---|---|
| 03-02-2020 09:02:20 | LABEL PRINTED |
| 03-02-2020 09:01:59 | Getting Payment |
| 03-02-2020 09:01:39 | Setting Payment |

Tracking for this label is available until March 3, 2021. Need to keep Tracking history longer? Find out if your label is eligible for **Premium Tracking** today!

Back to Shipping History

**UNITED STATES POSTAL SERVICE**

March 19, 2020

Dear Michael Grinblat:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8036 9930 0119 0339 60**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | March 3, 2020, 1:46 pm |
| **Location:** | WOODSIDE, NY 11377 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $50 insurance included |
| **Recipient Name:** | TONAME |
| **Actual Recipient Name:** | A SINGH |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 1lb, 1.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 6510 QUEENS BLVD |
| **City, State ZIP Code:** | WOODSIDE, NY 11377-5750 |

## Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient:
6510 QUEENS BLVD
WOODSIDE, NY 11377

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004