```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

SEMYON GRINBLAT, individually
and on behalf of all others
similarly situated,                            **MEMORANDUM & ORDER**
                                               19-CV-6746(EK)(LB)
                Plaintiff,

        -against-

APNA FOOD & OIL CORP.,
I&J HOLDINGS, INC.
JOHN DOE 1-X, and
CORPORATIONS 1-X,

                Defendants.

--------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Bloom's comprehensive Report and Recommendation (R&R) dated August 26, 2020.  ECF No. 13.  Judge Bloom recommends that the Court grant in part and deny in part Plaintiff's motions for default judgment against defendants Apna Food & Oil Corp. and I&J Holdings, Inc.  ECF Nos. 9-10.  No objections have been filed, and the time to do so has passed.  Accordingly, the Court reviews the R&R for clear error on the face of the record.  *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord Gesualdi v. Mack Excavation & Trailer Serv., Inc.*, No. 09-CV-2502, 2010 WL 985294, at *1 (E.D.N.Y. Mar. 15, 2010). Having reviewed the record, the Court finds no clear error.

Accordingly, the Court adopts the R&R in its entirety pursuant to 28 U.S.C. § 636(b)(1).  Therefore, Plaintiff's request for injunctive relief is granted as set forth in Part IV.A. of Judge Bloom's R&R; Plaintiff is awarded $500.00 in statutory damages under the New York State Civil Rights Law against defendants jointly and severally; and Plaintiff is awarded $1,000.00 in compensatory damages under the New York State Human Rights Law and the New York City Human Rights Law against defendants jointly and severally.  Plaintiff's request for punitive damages under the New York City Human Rights Law is denied.  Plaintiff is directed to submit a motion for attorneys' fees upon demonstrating reasonable efforts to enforce the injunction within six months of this Order.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:    December 18, 2020
          Brooklyn, New York