UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SEMYON GRINBLAT, individually and on
behalf of all others similarly situated,

                          Plaintiff,

                                                    JUDGMENT
                                                    19-CV-6746(EK)(LB)

            -against-

APNA FOOD & OIL CORP., I&J HOLDINGS, INC.
JOHN DOE 1-X, and CORPORATIONS 1-X,

                        Defendants.
------------------------------------------------------------ X

       A Memorandum and Order of Honorable Eric Komitee, United States District Judge, having been filed on December 18, 2020, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated August 26, 2020, granting Plaintiff's request for injunctive relief as set forth in Part IV.A. of Judge Bloom's R&R; awarding Plaintiff $500.00 in statutory damages under the New York State Civil Rights Law against defendants jointly and severally; awarding Plaintiff $1,000.00 in compensatory damages under the New York State Human Rights Law and the New York City Human Rights Law against defendants jointly and severally; denying Plaintiff's request for punitive damages under the New York City Human Rights Law; it is

       ORDERED and ADJUDGED that Plaintiff's request for injunctive relief is granted as set forth in Part IV.A. of Judge Bloom's R&R; that Plaintiff is awarded a total amount of $1,500 against defendants jointly and severally; that Plaintiff's request for punitive damages under the New York City Human Rights Law is denied; and that Plaintiff is directed to submit a motion for attorneys' fees upon demonstrating reasonable efforts to enforce the injunction within six months of this Order.

Dated: Brooklyn, NY  
      December 21, 2020

Douglas C. Palmer  
Clerk of Court

By: */s/Jalitza Poveda*  
      Deputy Clerk