**Michael Grinblat** (4159752)
Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SEMYON GRINBLAT**, individually and on behalf of all others similarly situated, | |
| Plaintiff, | **AFFIDAVIT OF SERVICE** |
| -against- | |
| **APNA FOOD & OIL CORP, I & J HOLDINGS, INC.**, JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown, | **CASE NO.: 19-cv-6746-EK-LB** |
| Defendants. | |

SEMYON GRINBLAT ("Plaintiff"), by and through his undersigned counsel, informs the Court that his undersigned counsel caused mailing of copies of Memorandum & Order [Doc. No. 17] and Judgment [Doc. No. 18] to Defendants, at their last known business addresses, via U.S. Mail, postage prepaid. The addresses, to which the correspondences were sent, are provided below, together with the tracking numbers.

Apna Food & Oil Corp, 65-10 Queens Boulevard, Woodside, NY 11377

USPS Tracking Number: 9402128206334192797586

1

Inge J. Gould, I & J Holdings, Inc., P.O. Box 66 Millwood, NY 10546-0066

USPS Tracking Number: 9402128206335401774916

Inge J. Gould, I & J Holdings, Inc., 2 Edgewood Rd., Ossining, NY 10562-2703

USPS Tracking Number: 9402128206334192828761

December 31, 2020

Respectfully submitted,

*Michael Grinblat*
Michael Grinblat, Esq. (4159752)

Attorney for Plaintiff
Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com